May Term,
1859.

THE INDIAN-
APOLIS, &C.,
RAILRO'D CO.
v.
BROWER.

Thursday,
June 2.

CUTTER and Another *v.* EVANS.

APPEAL from the *Allen* Court of Common Pleas.

*Per Curiam.*—Bill to foreclose a mortgage. Decree for the plaintiff. The only error assigned is the refusal of the Court to grant a new trial. The note, assignment thereof, and mortgage, were given in evidence, and were all the evidence. They sustain the judgment. No reason is assigned why the judgment should be reversed.

The judgment is affirmed with 10 per cent. damages and costs.

*L. C. Jacoby*, for the appellants.

*W. March*, for the appellee.